

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MACIEJ GORSKI, individually and on behalf of all other persons similarly situated who were employed by NJ NEC, Inc. and/or any other entities affiliated with or controlled by NJ NEC, INC., <br><br> Plaintiffs, <br><br> - against – <br><br> NJ NEC, INC., DARIUSZ CZYZEWSKI, JOHN DOES 1-5 and JANE DOES 1-5, <br><br> Defendants. | Civil Action No. 2:17-cv-01092-ES-MAH |

THIS MATTER having been opened to the Court by Marzec Law Firm, PC, counsel for the Plaintiff, Maciej Gorski ("Plaintiff"), and Salka Law LLC counsel for Defendants, NJ NEC, INC., and Dariusz Czyzewski (collectively "Defendants"), seeking an order granting the Motion for Approval of Parties' Settlement And For Dismissal Of Action With Prejudice, and the Court having considered the matter and finding that:

1. Plaintiff commenced this individual action under the Fair Labor Standards Act ("FLSA") and comparable New Jersey laws on February 17, 2017.

2. Plaintiff and Defendants have reached a negotiated resolution of the above lawsuit with respect to the claims of Plaintiff. The Parties were represented by counsel throughout the settlement negotiations.

3. Plaintiff and Defendants have agreed upon settlement terms and memorialized those terms in a Settlement Agreement and General Release;

IT IS, on this __8th__ day of February, 2018, HEREBY ORDERED that:

1. This Court confirms its approval of the Parties' settlement;

2. This Court retains jurisdiction over this case until all payments are rendered in accordance with the Settlement Agreement, and upon which Plaintiff's Complaint will be hereby dismissed with prejudice as to Defendants.

_____
MICHAEL A. HAMMER, U.S.M.J.
Esther Salas, U.S.D.J.